USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/21/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PARK,

               Petitioner,

        -against-

WARDEN MARIEJOSEE KING,

               Respondent.

25-CV-09704 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Court is in receipt of a letter mailed to Chambers by Petitioner, dated April 2, 2026. Petitioner indicated that he is proceeding *pro se* and requests a stay of this habeas corpus proceeding while his CPL § 440.10 claim is adjudicated in state court. Respondent filed a letter on April 17, 2026, urging the Court to disregard Petitioner's letter because he has counsel representing him in this habeas proceeding. Dkt. No. 13.

    The parties are advised that per Local Rule 1.4(b), a motion to withdraw is required whenever an attorney seeks to be relieved. Until the Court receives and rules on such a motion, it will consider Petitioner counseled and will not consider *pro se* filings. Petitioner is advised that if he wishes to terminate his representation, he should communicate with counsel and direct them to move to withdraw.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Petitioner as follows: James Park, DIN# 23B2935, Clinton Correctional Facility, P.O. Box 2001, Dannemora, New York 12929.

Dated: April 21, 2026
      New York, New York

                        SO ORDERED.

                        MARGARET M. GARNETT
                        United States District Judge